UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIA ELENA NOGUERA DE ESPARZA, <br><br> Defendant. | Case No. 14-cv-05130-JD <br><br> **ORDER TO SHOW CAUSE** |

In an order dated December 12, 2014, the Court set a case management conference in this matter for February 18, 2015, at 1:30 p.m. Case Management Scheduling Order, Dkt. No. 11. The Court's Standing Order for Civil Cases, which was specifically referred to in the December 12 order, requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On February 18, 2015, the Court held the initial case management conference as scheduled. Lead plaintiff's counsel, Mr. Thomas P. Riley, did not appear. Mr. Riley neither requested nor was granted leave not to appear.

Accordingly, Mr. Riley is hereby ordered to show cause in writing as to why the Court should not impose monetary sanctions for his failure to adhere to this Court's standing order. The response to this order is due by 5:00 p.m. on Wednesday, February 25, 2015.

**IT IS SO ORDERED**.

Dated: February 18, 2015

_____
JAMES DONATO
United States District Judge