UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA ELENA NOGUERA DE ESPARZA,<br><br>    Defendant. | Case No. 14-cv-05130-JD<br><br>**ORDER IMPOSING SANCTIONS**<br>Re: Dkt. Nos. 17, 21 |

On February 18, 2015, lead plaintiff's counsel for Plaintiff J&J Sports Productions, Inc., Mr. Thomas P. Riley, did not appear at the initial Case Management Conference. In an order dated February 18, 2015, Mr. Riley was ordered to show cause as to why the Court should not impose monetary sanctions for his failure to adhere to this Court's standing order requiring lead counsel to appear at case management conferences. Dkt. No. 17. In his response to the Order to Show Cause, Mr. Riley failed to show good cause for his failure to appear and noted that he "will accept whatever monetary sanction the Court deems appropriate." Dkt. No. 21. Accordingly, Mr. Riley is sanctioned in the amount of $500.00, to be paid to the Clerk of the Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
JAMES DONATO
United States District Judge