1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

MARIA ELENA NOGUERA DE ESPARZA,

        Defendant.

Case No.  14-cv-05130-JD   (MEJ)

**NOTICE OF CONTINUANCE OF SETTLEMENT CONFERENCE**

Re: Dkt. No. 20

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that the settlement  conference  scheduled for August 18, 2015, before Magistrate Judge Maria-Elena James,  in Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 has been **continued until November 2, 2015, at 10:00 a.m.**, in Chambers.

     Settlement Conference statements, if not previously submitted, **are due October 26, 2015**. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

     The parties shall notify Magistrate Judge MARIA-ELENA JAMES 's Courtroom Deputy, Rose Maher, at 415-522-4708,  immediately if this case settles prior to the date set for settlement conference.

     **IT IS SO ORDERED.**

Dated: July 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge