United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ELENA NOGUERA DE ESPARZA,<br><br>Defendant. | Case No. 14-cv-05130-JD<br><br>**ORDER REFERRING DEFENDANT TO FEDERAL PRO BONO PROJECT** |

In the interest of justice, the Court refers defendant Maria Elena Noguera de Esparza to the Federal Pro Bono Project ("Project").

1. The clerk will forward the referral order to the Project office in San Francisco. The scope of this referral is for:

    ( ) <u>all purposes</u> for the duration of the case

    ( X ) the <u>limited purpose</u> of representing the litigant in the course of

    ( ) mediation

    ( ) early neutral evaluation

    ( X ) settlement conference

    ( ) briefing  ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

    ( ) discovery as follows:

    ( ) other:

2. When an attorney has been located to represent defendant, that attorney will be appointed as counsel for defendant in this matter for the scope of representation

described above. If the appointment of counsel is for limited purposes, the Court will issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. The next settlement conference in this matter will be set no earlier than 60 days from the date of this order, to allow time for an attorney to be appointed to represent defendant in the settlement conference.

4. This matter remains stayed.

**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
JAMES DONATO
United States District Judge