UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIA ELENA NOGUERA DE ESPARZA, <br><br> Defendant. | Case No. 14-cv-05130-JD <br><br> **ORDER APPOINTING COUNSEL** |

In the interest of justice, the Court referred defendant Maria Elena Noguera de Esparza to the Federal Pro Bono Project ("Project"). Dkt. No. 29. The Federal Pro Bono Project has reported to the Court that a volunteer attorney has expressed willingness to be appointed to undertake this representation at its request:

> Robert Artuz
>
> Kilpatrick Townsend & Stockton LLP
>
> Eighth Floor | Two Embarcadero Center | San Francisco, CA 94111
>
> office 415 273 4713 | fax 415 576 0300
>
> rartuz@kilpatricktownsend.com

The Court now appoints Robert Artuz as counsel for defendant Maria Elena Noguera de Esparza in this matter. The scope of this referral will be for all purposes and for the duration of the case.

All proceedings in this action are stayed until four weeks from the date of this order. Counsel will be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: January 19, 2016

_____

JAMES DONATO

United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARIA ELENA NOGUERA DE ESPARZA, <br><br>Defendant. | Case No.  14-cv-05130-JD <br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Elena Noguera de Esparza
3385 Mission Street
San Francisco, CA 94110

Dated: January 20, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2